**IN THE MIDDLE DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:23-CV-01131-MSS-TGW**

**MICHAEL KADOW,**

   Plaintiff,

v.

**PROGRESSIVE AMERICAN INSURANCE COMPANY**

   Defendant.

_____

**NOTICE OF SERVING PROPOSAL FOR SETTLEMENT**

Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, by and through its undersigned counsel, hereby gives notice that Plaintiff, MICHAEL KADOW, was served with a Proposal for Settlement in accord with Florida Statute § 768.79 and Florida Rules of Civil Procedure, Rule 1.442.

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on June 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been furnished via E-Mail to **Grant R. Dostie, Esquire**, gdostie@forthepeople.com; jmartinez@forthepeople.com, Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 (Attorney for Plaintiff).

                                                             By:  /s/ Dale L. Parker
                                                                   Dale L. Parker, Esquire
                                                                   Banker Lopez Gassler P.A.

360 Central Avenue, Suite 700
St. Petersburg, FL 33701
Service-dparker@bankerlopez.com
ascarfone@bankerlopez.com
Phone: (727) 825-3600
Fax: (727) 821-1968
FBN: 896845
Attorney for Defendant Progressive